■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID CLANTON, Appellant. [950 NYS2d 483]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated January 12, 2010 (*People v Clanton*, 69 AD3d 754 [2010]), affirming a judgment of the Supreme Court, Queens County, rendered March 12, 2007.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Mastro, A.P.J., Eng, Hall and Cohen, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GUS FRANKLIN, Appellant. [950 NYS2d 486]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated June 26, 1978 (*People v Franklin*, 63 AD2d 1124 [1978]), affirming a judgment of the Supreme Court, Queens County, rendered July 20, 1977.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Dillon, J.P., Florio, Chambers and Cohen, JJ., concur.